**No. 56687.**—Ralli Brothers (New York), Inc. *v.* United States, protest 178152–K (New York).

Opinion by JOHNSON, J.  From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.  The protest was therefore overruled.